





ITEM X-RAYED BY
USMS
MEMO 2-023

Federal Correctional Institution
695 Mickasman Road, Bennettsville, S.C. 29512
Date: _____

The enclosed letter was processed through Special Mailing
procedures for forwarding to you. The letter has been
neither opened nor inspected. If the writer raises a question or problem over
which this facility has jurisdiction, you may wish to return
the material for further information or clarification.
If the writer encloses correspondence for forwarding
to another addressee, please return the enclosure to the above address.

Ms. Robin L. Blume
Clerk of Court
U.S. District Court
District of South Carolina
Columbia Division
901 Richland Street
Columbia, South Carolina 2920

Bernard Tobias
#95170-071
FCI Bennettsville

Federal Corr. Institution

P.O. Box 52020
Bennettsville, SC 29512

RECEIVED
USDC CLERK COLUMBIA SC
2023 FEB 10 PM 12: 55