Retail

U.S. POSTAGE F
FCM LG ENV
HOUSTON, TX 7
JUL 27, 2023
**$1.59**
R2306Y152356-C

29201

RDC 99

Bernard Tobias
Reg. No. 95170-071
FCI BENNETTSVILLE
FEDERAL CORR. INSTITUTION
P.O. BOX 52020
BENNETTSVILLE, SC 29512

TO:

Ms. Robin L. Blume
Clerk of Court
U. S. District Court
District of South Carolina
Columbia Division
901 Richland Street
Columbia, South Carolina 29201

2023 AUG -7 PH 12: 29